**Appeal Dismissed and Memorandum Opinion filed November 14, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00347-CV

## JOSHUA MAXIMILLIAN MURRAY, Appellant

## V.

## SAVOY MANOR, Appellee

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1130062**

### MEMORANDUM  OPINION

This is an appeal from a final judgment signed April 22, 2019. Appellant's brief was due September 19, 2019. No brief or motion to extend time to file the brief was filed.

On October 1, 2019, the court ordered appellant to file a brief by October 21, 2019. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion to extend time to file the brief was filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.